IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MARK HOVERSON, individually and on behalf of all
others similarly situated,

                      Plaintiff,                      OPINION and ORDER

   v.

                                                        18-cv-817-jdp

PAN-O-GOLD BAKING COMPANY,

                      Defendant.

---

The parties have moved for preliminary approval of a proposed settlement in this certified class and collective action for unpaid wages under the Fair Labor Standards Act and state law. Dkt. 35. The proposed settlement creates a settlement fund of $533,269.77 for 320 class members and requests $157,500 in attorney fees.

The court has reviewed the terms of settlement and concludes that they are "within the range of possible approval." *Armstrong v. Bd. of Sch. Dirs. of City of Milwaukee*, 616 F.2d 305, 314 (7th Cir. 1980). The court has also reviewed the proposed notice to the class and finds that it complies with the requirements of Federal Rule of Civil Procedure 23.

So the parties' motion for preliminary approval, Dkt. 35, is GRANTED. The parties may have January 29, 2020, to disseminate notice to the class, giving the class members 45 days to file an objection. The parties may have until March 25, 2020, to file a motion for final approval addressing the factors in Rule 23(e)(2). Plaintiff may have until March 25 to file a

motion for attorney fees; defendant may have until April 8 to file a response. The court will hold a fairness hearing on April 17, 2020, at 1:30 p.m.

 Entered January 23, 2020.

           BY THE COURT:

           /s/

           _____
           JAMES D. PETERSON
           District Judge