IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

**MARK HOVERSON**,
individually and on behalf of
all those similarly situated,

                Plaintiff,

                                              Case No: 18-cv-817

    vs.

**PAN-O-GOLD BAKING COMPANY**,

                Defendant.

## ORDER GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Based on Plaintiff's submissions in support of his Motion for Final Approval of Class Action Settlement, as well as the record as a whole, IT IS ORDERED THAT:

1. The Settlement Agreement is fair, reasonable, and adequate, and this Court directs consummation of its terms and provisions;

2. The Settlement Agreement is binding on Defendant and Named Plaintiff, as well as all class members who have not filed timely exclusions;

3. Class Counsel is awarded costs and attorneys' fees in the total amount of $144,150.63;

4. The enhancement payment of $3,000 to the Named Plaintiff is approved;

5. The Lawsuit and Plaintiff's Complaint are dismissed on the merits with prejudice, and barring and permanently enjoining, to the fullest extent of applicable law, Named Plaintiff and all class members (aside from those filing timely and valid

requests for exclusion) from pursuing any claims that were released against Defendant.

Dated this 21st day of April, 2020.

BY THE COURT:
/s/

_____

James D. Peterson
United States District Court Judge